B6 Summary (Official Form 6 - Summary) (12/07)     *Amended*

# United States Bankruptcy Court
## Southern District of Florida

In re   Angel Quintana & Lucia Quintana

Debtor

Case No.   11-19589-AJC

Chapter   7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 1,145,786.67 | | |
| B – Personal Property | YES | 3 | $ 6,280.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 1,210,928.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $ 357,480.51 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,790.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 7,580.24 |
| TOTAL | | 26 | $ 1,152,066.67 | $ 1,568,408.93 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Southern District of Florida

*Amended*

In re    Angel Quintana & Lucia Quintana                    Case No.    11-19589-AJC
_____
                    Debtor

                                                            Chapter    7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 1,790.00 |
| Average Expenses (from Schedule J, Line 18) | $ 7,580.24 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 216.66 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 39,440.85 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 357,480.51 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 396,921.36 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 31435-301X-04510

B6B (Official Form 6B) (12/07)

In re  Angel Quintana & Lucia Quintana    *Amended*    Case No.  11-19589-AJC
_____                    _____
            **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wachovia Checking xxxx1200 | J | 250.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Livingroom set; dining rmset; tables, chairs, cookware,; eatware, food, alcohol; patio set, piano, bbq set, tools, linen, toileteries, bags, rugs, mats, lawn care equipment, desk armorire bedrm set entertainment center bookcases appliances kids bed sets | J | 800.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, magazines, pictures, photo albums, dvds, cds, software, wall hangings, decorations, knick-knacks, computer, printer, modem, monitor, cables, writing supplies and materials, cameras, tvs, dvd player, vcr, stereo. | J | 200.00 |
| 6.  Wearing apparel. | | Clothes, Undergarments, jackets, pants, shorts, sleepwear, footwear, accessories, belts, coats, jeans, swimwear, hats, scaves, wallets. | H | 150.00 |
| | | Clothes, Undergarments, jackets, pants, shorts, sleepwear, footwear, accessories, belts, coats, jeans, swimwear, hats, scaves, dresses, wallets. | W | 150.00 |
| 7.  Furs and jewelry. | | Watches, bracelets, rings, earrings, necklaces, charms, pendants, costume jewelry, glasses, sun glasses. | W | 175.00 |
| | | Sunglasses and Watch | H | 80.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6B (Official Form 6B) (12/07) -- Cont.



In re  Angel Quintana & Lucia Quintana          Case No.  11-19589-AJC
              **Debtor**                                      **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AXA Equitable Acct No. XXXX6781 Term Life Policy | H | 920.00 |
| | | Protective Life Insurance Company Acct XXXX3191 Term Life Policy | H | 555.00 |
| | | FidelityLife Acct XXXX2174 Term Life Policy | W | 440.00 |
| | | AXA Equitable Acct No. XXXX6800 Term Life Policy | W | 560.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Prestige Collision Center, Inc. | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver 4.6.2-760 - 31435-301X-04510

B6B (Official Form 6B) (12/07) -- Cont.



In re   Angel Quintana & Lucia Quintana                                    Case No.   11-19589-AJC
                          Debtor                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 GMC Yukon | W | 2,000.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached     Total   $        6,280.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.2-760 - 31435-301X-64510

B6C (Official Form 6C) (04/10)



In re    Angel Quintana & Lucia Quintana                                    Case No.    11-19589-AJC
————————————————————————————                         ————————————————————
                    **Debtor**                                                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                           ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                               $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| AXA Equitable Acct No. XXXX6781 | (Husb)FSA §222.13 | 100% of FMV | 920.00 |
| Livingroom set; dining rmset; tables, chairs, cookware,; eatware, food, alcohol; patio set, piano, bbq set, tools, linen, toileteries, bags, rugs, mats, lawn care equipment, desk armorire bedrm set entertainment center bookcases appliances kids bed sets | (Husb)FSA §222.25.25(4)<br>(Wife)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 (Husband)<br>Fla. Const. Art. 10, § 4 (Wife) | 100% of FMV<br>100% of FMV | 800.00 |
| Books, magazines, pictures, photo albums, dvds, cds, software, wall hangings, decorations, knick-knacks, computer, printer, modem, monitor, cables, writing supplies and materials, cameras, tvs, dvd player, vcr, stereo. | (Husb)FSA §222.25.25(4)<br>(Wife)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 (Husband)<br>Fla. Const. Art. 10, § 4 (Wife) | 100% of FMV<br>100% of FMV | 200.00 |
| Clothes, Undergarments, jackets, pants, shorts, sleepwear, footwear, accessories, belts, coats, jeans, swimwear, hats, scaves, wallets. | (Husb)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 | 100% of FMV | 150.00 |
| Clothes, Undergarments, jackets, pants, shorts, sleepwear, footwear, accessories, belts, coats, jeans, swimwear, hats, scaves, dresses, wallets. | (Wife)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 | 100% of FMV | 150.00 |
| Watches, bracelets, rings, earrings, necklaces, charms, pendants, costume jewelry, glasses, sun glasses. | (Wife)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 | 100% of FMV | 175.00 |
| Sunglasses and Watch | (Husb)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 | 100% of FMV | 80.00 |
| Protective Life Insurance Company Acct XXXX3191 | (Husb)FSA §222.14 | 100% of FMV | 555.00 |
| FidelityLife Acct XXXX2174 | (Wife)FSA §222.13 | 100% of FMV | 440.00 |
| AXA Equitable Acct No. XXXX6800 | (Wife)FSA §222.13 | 100% of FMV | 560.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 31435-301X-04510

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment

B6C (Official Form 6C)  (04/10) -- Cont.

*Amended*

In re   Angel Quintana & Lucia Quintana                                     Case No.   11-19589-AJC
        **Debtor**                                                                      **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wachovia Checking xxxx1200 | (Husb)In re Avins, 19B.R.736 (S.D. Fla. 1982)<br>(Wife)FSA §222.11 | 100% of FMV<br><br>100% of FMV | 250.00 |
| 2003 GMC Yukon | (Wife)FSA §222.25.25(4)<br>(Wife)FSA §222.25<br>Fla. Const. Art. 10, § 4 | 100% of FMV<br>100% of FMV | 2,000.00 |
| 100% Prestige Collision Center, Inc. | (Husb)FSA §222.25.25(4)<br>Fla. Const. Art. 10, § 4 | 100% of FMV | 0.00 |
|  | Total exemptions claimed: | 6,280.00 |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.- ver 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07)

**Amended**

In re  Angel Quintana & Lucia Quintana                Case No.  11-19589-AJC
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XXXX1674<br><br>BANK OF AMERICA<br>POB 15019<br>WILMINGTON, DE 19886-5019 | | H | Incurred: 2008<br>Consideration: Revolving Credit Card debt | | | | 26,256.07 |
| ACCOUNT NO.  XXXX5668<br><br>BANK OF AMERICA<br>POB 15019<br>WILMINGTON, DE 19886-5019 | | W | Incurred: 2008<br>Consideration: Revolving Credit Card debt | | | | 40,914.72 |
| ACCOUNT NO.  XXXX3076<br><br>BANK OF AMERICA<br>POB 15019<br>WILMINGTON, DE 19886-5019 | | W | Incurred: 2008<br>Consideration: Revolving Credit Card debt | | | | 16,829.05 |
| ACCOUNT NO.  xxxx5784<br><br>Bank of America<br>c/o Collectcorp Corporation<br>455 North 3rd Street # 260<br>Phoenix, AZ 85004 | | | | | | | Notice Only |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

10    continuation sheets attached

Subtotal ➤   $   83,999.84

Total ➤   $

(Use only on last page of the completed Schedule F.)

**B6F (Official Form 6F) (12/07) - Cont.**



In re   Angel Quintana & Lucia Quintana                     ,          Case No.   11-19589-AJC
_____                                  _____
            Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx1260<br><br>Bank of America<br>c/o Collectcorp Corporation<br>455 North 3rd Street # 260<br>Phoenix, AZ 85004 | | | | | | | Notice Only |
| ACCOUNT NO.  xx0965<br><br>Bank of America<br>c/o Creditors Financial Group, LLC<br>POB 440290<br>Aurora, CO 80044 | | | | | | | Notice Only |
| ACCOUNT NO.  XXX5784<br><br>Bank of America<br>c/o FINANCIAL RECOVERY SERVICES INC<br>POB 385908<br>MINNEAPOLIS, MN 55438 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxx1260<br><br>Bank Of America<br>c/o FMA Alliance LTD<br>POB 2409<br>Houston, TX 77252 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx1674<br><br>Bank of America<br>c/o Midland Funding LLC<br>POB 603 Dept 12421<br>Oaks, PA 19456 | | | | | | | Notice Only |

Sheet no.  1   of  10   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $              0.00

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Angel Quintana & Lucia Quintana                    ,
_____
Debtor

Case No.  11-19589-AJC
_____
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx0965 Bank of America c/o MRS Associates 1930 olney Ave Cherry Hill, NJ 08003 | | | | | | | Notice Only |
| ACCOUNT NO. Bank of America c/o Sunrise Credit Services, Inc. POB 9100 Farmingdale, NY 11735 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx0965 Bank of America North Star Location Services LLC 4285 Genesee Street Cheektowaga, NY 14225 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx7704 Bank of America POB 982238 El Paso, TX 79998-2238 | X | H | Business Debt | | | | 448.45 |
| ACCOUNT NO.  xxx1260 Bank of America NA c/o Associated Recovery Systems POB 463051 Escondido, CA 92046 | | | | | | | Notice Only |

Sheet no. 2 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $       448.45

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.2-760 - 31435-303X-04510

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Angel Quintana & Lucia Quintana                    ,        Case No. ___11-19589-AJC___
_____
           Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxx5784 <br><br> Bank of America NA <br> c/o Associated Recovery Systems <br> POB 469046 <br> Escondido, CA 92046 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx5784 <br><br> Bank of America/MBNA <br> c/o NCO Financial Systems Inc <br> POB 15630 Dept 27 <br> Wilmington, DE 19850 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx1260 <br><br> Bank of America/MBNA <br> c/o NCO Financial Systems Inc <br> POB 15630 Dept 27 <br> Wilmington, DE 19850 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxx5075 <br><br> Bankcard Services <br> POB 94016 <br> Columbus, GA 31908 | X | H | Business Debt | | | | 1,998.36 |
| ACCOUNT NO.  xxxx8990 <br><br> Card Service Center <br> c/o Denovus Corp Ltd <br> POB 793 <br> Washington, PA 15301 | | | | | | | Notice Only |

Sheet no. _3_ of _10_ continuation sheets attached          Subtotal ▶ | $          1,998.36
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                              Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.



In re  Angel Quintana & Lucia Quintana                                   ,          Case No.    11-19589-AJC
                          Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx8990 <br><br> Card Services Center <br> POB 5877 <br> Hicksville, NY 11802 | | W | | | | | Notice Only |
| ACCOUNT NO.  XXXX1619 <br><br> CHASE <br> POB 15298 <br> WILMINGTON, DE 19850 | | W | Incurred: 2008 <br> Consideration: Revolving Credit Card debt | | | | 18,409.71 |
| ACCOUNT NO.  xxx3198 <br><br> Chase <br> POB 33035 <br> Louisville, KY 40232 | X | H | Business Debt | | | | Notice Only |
| ACCOUNT NO.  xxxx1619 <br><br> Chase Bank USA NA <br> c/o Associated Recovery Systems <br> POB 469046 <br> Escondido, CA 92046 | | | | | | | Notice Only |
| ACCOUNT NO.  xx1619 <br><br> Chase Bank USA NA <br> c/o Capital Management Services LP <br> 726 Exchange Street #700 <br> Buffalo, NY 14210 | | W | | | | | Notice Only |

Sheet no.  4  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          18,409.71

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.



In re  Angel Quintana & Lucia Quintana                    ,          Case No.  11-19589-AJC
_____                         _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx1619 <br><br> Chase Bank USA NA <br> Client Services, Inc. <br> 3415 Harry Truman Blvd <br> St. Charles, MO 63301 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxx1619 <br><br> Chase Bank USA NA <br> Midland Credit Management Inc <br> POB 60578 <br> Los Angeles, CA 90060 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Chrysler Financial <br> c/o ARM <br> POB 129 <br> Thorofare, NJ 08086 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Chrysler Financial <br> c/o Enhance Recovery Company LLC <br> 8014 Bayberry Rd <br> Jacksonville, FL 32256 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> Chrysler Financial <br> POB 9001921 <br> Louisville, KY 40290 | | W | 2009 Dodge Journey Returned | | | | 18,000.00 |

Sheet no. _5_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 18,000.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

**B6F (Official Form 6F) (12/07) - Cont.**



In re <u>Angel Quintana & Lucia Quintana</u>,     Case No. <u>11-19589-AJC</u>
_____
Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>E Property Mortgage, Inc.<br>c/o Alan L. Goldberg<br>111 SW 3rd Street, Suite 701<br>Miami, FL 33130 | | | Business Debt<br>Trustee for Chapter 7 Bankruptcy of E Property Mortgage, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>E Property Realty, Inc.<br>c/o JOEL L. TABAS<br>14 NE 1 AVE PH<br>MIAMI, FL 33132 | | | Business Debt<br>Trustee for Chapter 7 Bankruptcy of E Property Realty, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>FDIC Receiver of Washington Mutual Bank<br>Attention: Creditor Claims Agent<br>40 Pacifica, Suite 1000<br>Irvine, CA 92618 | | | | | | | Notice Only |
| ACCOUNT NO.  XXXX5668<br><br>FIA<br>POB 15137<br>WILMINGTON, DE 19850-5137 | | | | | | | Notice Only |
| ACCOUNT NO.  xxxx4844<br><br>FIA<br>POB 15137<br>WILMINGTON, DE 19850-5137 | | | | | | | Notice Only |

Sheet no. <u>6</u> of <u>10</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 0.00
Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re   Angel Quintana & Lucia Quintana_____,      Case No. ___11-19589-AJC_____
_____Debtor_____                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FIA<br>POB 15137<br>WILMINGTON, DE 19850-5137 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx5784<br>FIA Card Services NA<br>c/o Creditors Interchange<br>80 Holtz Drive<br>Cheektowaga, NY 14225 | | | | | | | Notice Only |
| ACCOUNT NO.  xxx0965<br>FIA Card Services, N.A.<br>c/o Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225 | | | | | | | Notice Only |
| ACCOUNT NO.<br>LEVTOP, INC.<br>1150 NW 72ND AVE<br>SUITE 760<br>MIAMI, FL 33126 | | | Incurred: 2/2008<br>BUSINESS DEBT | | | | 50,000.00 |
| ACCOUNT NO.  xxxxAX872<br>Lexus Financial Services<br>POB 17187<br>Baltimore, MD 21297 | | | Lexus IS250 Lease | | | | 4,469.02 |

Sheet no. _7_ of _10_ continuation sheets attached      Subtotal ▶   $            54,469.02
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                              Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.



In re   Angel Quintana & Lucia Quintana                ,          Case No.   11-19589-AJC
_____               _____
                 Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Lexus Financial Services <br> POB 5236 <br> Carol Stream, il 60197 | | | | | | | Notice Only |
| ACCOUNT NO. xxx6275 <br> Provest <br> 4520 Seedling Circle <br> Tampa, FL 33614 | | | | | | | 573.70 |
| ACCOUNT NO. xxxx8990 <br> Providian Credit Card <br> POB 9201 <br> Old Bethpage, NY 11804 | | W | | | | | 14,688.43 |
| ACCOUNT NO. XXXX8977 <br> REALTOR ASSOCIATION OF MIAMI DADE COUNTY, INC. <br> POB 024849 <br> MIAMI, FL 33102-4849 | | H | Incurred: 2008 | | | | 407.00 |
| ACCOUNT NO. x0319 <br> REALTOR ASSOCIATION OF MIAMI DADE COUNTY, INC. <br> POB 024849 <br> MIAMI, FL 33102-4849 | | W | Incurred: 2007 | | | | 1,015.00 |

Sheet no. 8 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $          16,684.13

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Angel Quintana & Lucia Quintana                    ,        Case No.  11-19589-AJC
                    Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxx0001<br>Toyota Motor Credit Corporation<br>c/o Central Credit Service, Inc.<br>POB 15118<br>Jacksonville, FL 32239 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Toyota Motor Credit Corporation<br>c/o United Recovery Systems<br>POB 722929<br>Houston, TX 77272 | | | | | | | Notice Only |
| ACCOUNT NO.  XXXXX8559<br>WAMU<br>990 S. 2ND STREET<br>COOS BAY, OR 97420 | | | Incurred: 2007<br>BUSINESS DEBT | | | | 29,572.10 |
| ACCOUNT NO.  XXXX2889<br>WASHINGTON MUTUAL<br>990 S SECOND STREET<br>COOS BAY, OR 33186-5879 | | | BUSINESS DEBT | | | | 49,986.46 |
| ACCOUNT NO.  XXXX7477<br>WASHINGTON MUTUAL<br>POB 4180<br>BEAVERTON, OR 97076 | | | Incurred: 2007<br>BUSINESS DEBT | | | | 8,972.67 |

Sheet no. 9 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 88,531.23

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31435-301X-04510

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re    Angel Quintana & Lucia Quintana                    ,          Case No.    11-19589-AJC
         _____
                    Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   XXX7896<br><br>WELLS FARGO<br>POB 6426<br>CAROL STREAM, IL 60197-6426 | | | Incurred: 2007<br>BUSINESS DEBT | | | | 74,939.77 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _10_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 74,939.77 |
| Total ▶ | $ | 357,480.51 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 31435-301X-04510

B6 (Official Form 6 - Declaration) (12/07)

In re _Angel Quintana & Lucia Quintana_____     Case No. __11-19589_____
                        Debtor                                              (If known)

*Amended*

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___18___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___10/7/11_____     Signature: _____
                                                                Debtor

Date ___10/7/11_____     Signature: _____
                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.2-759 - 31435-301X-04510